IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES
TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF
FILED

BASIL BANNISTER, II,

      Appellant,

 v.

Case No.  5D22-328
LT Case No. 2015-DR-2079

TETIANA CHYCHERSKA,

      Appellee.

_____/

Decision filed July 5, 2022

Nonfinal Appeal from the Circuit Court
for St. Johns County,
Joan Anthony, Judge.

Gary E. Smith, of Gary E. Smith P.C.,
Plano, TX, for Appellant.

Nancy C. Harrison and Danielle M.
Manos, of Nancy C. Harrison, Esq.,
P.L., Atlantic Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.